IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                          ORDER

                 Plaintiff,

                                                         05-cr-121-bbc

     v.

QUINCE D. WRIGHT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Quince Wright has filed a motion pursuant to 18 U.S.C. § 3582, seeking a modification of the sentence imposed upon him on January 4, 2006 and amended on February 13, 2007.

       My review of defendant's file shows that he pleaded guilty to one count of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846, not for possession or distribution of crack cocaine. He is not eligible for a reduction in his sentence under the retroactive changes to the cocaine base sentencing guidelines. Therefore, I must deny his motion for a sentence reduction.

1

ORDER

IT IS ORDERED that defendant Quince Wright's motion for a sentence reduction under 18 U.S.C. § 3582 is DENIED for defendant's failure to show that the Sentencing Commission has reduced the sentencing guidelines range for the crime for which he was convicted.

Entered this 1st day of February, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2